**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.:13-62070-CV-ZLOCH

JEAN NAURAIS
VINCENT THILLOY,

    Plaintiffs,

vs.

BAY FRONT HOSPITALITY LLC D/B/A TRIO ON THE BAY,
BARRY SMITH,
CARA CAMERON,

    Defendant(s).
_____/

**DEFENDANTS' RESPONSE IN COMPLIANCE WITH**
**MARCH 13, 2014 ORDER**

COMES NOW the Defendants, **BAY FRONT HOSPITALITY LLC D/B/A TRIO ON THE BAY, BARRY SMITH**, and **CARA CAMERON,** and hereby respond in Compliance with this Court's March 13, 2014 Order, and hereby state as follows:

    1.    This Court recently permitted Plaintiffs' counsel to withdraw from representing both Plaintiffs in this matter. [D.E. 26] Moreover, Plaintiff, Jean Naurais filed a notice of Voluntary Dismissal in this matter. [D.E. 27 ]

    2.    Defendants' hereby request this Court to order the remaining Plaintiff, Vincent Thilloy, that he must either have new counsel file a notice of appearance or he must indicate that he intends to pursue this matter *pro se,* within 30 days of such court order.

    3.    Defendants' furthermore request this Court to dismiss Plaintiff Vincent Thilloy's complaint with predjudice, should Mr. Thilloy not comply in a timely manner.

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that a true and correct copy of the foregoing was furnished via E-mail this 14 day of March, 2014 to: KOZ LAW, P.A., 80 S.W. 8th Street, Suite 2000, Miami, Florida 33130, Email: ekoz@kozlawfirm.com.

Respectfully submitted,

JASON M. WANDNER, P.A.
Counsel for Defendants'
7601 E. Treasure Drive, Suite 8
Miami Beach-(NBV), Florida 33141
Ph:     (305) 868-1655
Fax:    (305) 868-1698
E-mail: Jason@wanderlaw.com

By:  _____/s/_____
JASON M. WANDNER, ESQUIRE
Florida Bar No. 0114960