```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 13-62070-CIV-ZLOCH
```

JEAN NAURAIS and VINCENT
THILLOY,

    Plaintiffs,

vs.

BAY FRONT HOSPITALITY LLC, d/b/a
Trio On The Bay, et al.,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL OF PLAINTIFF JEAN NAURAIS'S CLAIMS AGAINST ALL DEFENDANTS**

    THIS MATTER is before the Court upon Plaintiff Jean Naurais's Notice Of Voluntary Dismissal (DE 26), which the Court construes as a Motion To Dismiss Without Prejudice.  The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    The Court notes that Defendants do not oppose the instant Motion.  Plaintiff Vincent Thilloy, however, has not joined in Plaintiff Jean Naurais's Motion To Dismiss.  Thus, the Court will require Plaintiff Vincent Thilloy to file a Notice indicating whether he intends to continue to pursue his claims in the above-styled cause or, in the alternative, a Notice Of Voluntary Dismissal.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff Jean Naurais's Notice Of Voluntary Dismissal (DE 26), which the Court construes as a Motion To Dismiss Without Prejudice be and the same is hereby **GRANTED**;

    2. The above-styled cause be and the same is hereby **DISMISSED** without prejudice as to Plaintiff Jean Naurais's claims against Defendants;

    3. Plaintiff Vincent Thilloy shall have until on or before noon on Friday, March 28, 2014, to file a Notice indicating whether

he intends to continue to pursue his claims in the above-styled cause or, in the alternative, a Notice Of Voluntary Dismissal; and

4. To the extent not otherwise disposed of herein, all pending motions as to Plaintiff Jean Naurais's claims against Defendants be and the same are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___17th___ day of March, 2014.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record

Jean Naurais, PRO SE
650 West Avenue, #1805
Miami, FL 33139

Vincent Thilloy, PRO SE
3624 Collins Avenue, #06
Miami Beach, FL 33140